ACCEPTED
03-14-00656-CR
3894177
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 11:21:28 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00656-CR

| | | | | |
|---|---|---|---|---|
| **Ron Fuson** | § | **IN THE** | | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | | | |
| **Vs.** | § | **3ʳᵈ COURT** | | 1/26/2015 11:21:28 AM |
| **State of Texas** | § | | | JEFFREY D. KYLE<br>Clerk |
| | § | **OF APPEALS, Austin, Texas** | | |

**APPELLANT'S MOTION TO EXTEND TIME TO FILE Appellant's Brief**

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Ron Fuson Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's Brief pursuant to Rule 38.6 (d) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.  On January 23, 2015 this counsel filed Appellant's Motion to Extend Time to File Appellant's Brief.

2.  This case is on appeal from the 119th Judicial District, Tom Green County, Texas.

3.  The case below was styled the State of Texas vs.Ron Fuson, and numbered C-12-0998-SB. The Defendant was convicted of Failure to register as a sex offender on September 12, 2014.

1

4.     Appellant was sentenced to five years in the Institutional Division of the Texas Department of Criminal Justice.

5.     Notice of appeal was given on October 14, 2014.

6.     The clerk's record was filed on November 12, 2014; the reporter's record was filed on , November 4, 2014.

8.     Appellant's Brief is presently December 12, 2014. Counsel is unable to file Appellant's Brief on or before December 12, 2014. Counsel, had not had adequate time to review the clerk's record and reporter's record or to conduct an investigation and prepare a proper brief by the present deadline. Counsel believes that an anders brief may be appropriate in this matter. Counsel believes without additional time to prepare said brief appellant will be denied effective assistance of counsel in this matter. Counsels failure to file the brief timely was inadvertent and not a conscious disregard of the courts deadlines.

9.     Counsel therefore requests this court extend the time for filing said Brief to 90 days from the current due date of December 12, 2014 so that counsel may review the record in this matter and draft a brief..

10.     no previous Extensions has been granted regarding this matter.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,
Nathan Butler Attorney at law
180 Stoneham
San Angelo, Texas 76905
Tel: (325) 653-2373
Fax: (325) 617-5485

By:**/s/ Nathan Butler**
Nathan Butler
State Bar No. 24006935
Attorney for Appellant
Ron Fuson

## CERTIFICATE OF SERVICE

This is to certify that on, January 23, 2015, a true and correct copy of the above and foregoing document was served on the following by fax to3256586831.

George McCrea
119th District Attorney
124 W. Beauregard

San Angelo, Texas 76903

/s/Nathan Butler
Nathan Butler

STATE OF TEXAS §
§
COUNTY OF Tom Green §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Nathan Butler, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Appellant's Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

Nathan Butler
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on January 23, 2015, to

4

certify which witness my hand and seal of office.

_Melva Lanita Butler_

Notary Public, State of Texas

MELVA LANITA BUTLER
Notary Public, State of Texas
My Commission Expires
September 17, 2018

5